**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **WILLIAM CATALANO,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.  4:20-CV-01559-NCC |
| **AMEREN SERVICES CORPORATION,** | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 22). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, with prejudice**, with each party to bear its own costs and attorneys' fees.

Dated this  12th  day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE